UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 59286
    DWAYNE POUGH
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-0990
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 03/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 10/16/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CENTER CAPITAL CO | SECURED NOT I | .00 | .00 | .00 |
| CENTER CAPITAL CO | UNSECURED | 32091.73 | .00 | 3209.17 |
| PACCAR FINANCIAL CORP | SECURED | 2200.00 | 247.34 | 2200.00 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2271.37 | .00 | 2271.37 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| SMC % CARSON PIRIE SCOTT | UNSECURED | 751.22 | .00 | 75.12 |
| RESURGENT CAPITAL SERVIC | FILED LATE | 7759.35 | .00 | .00 |
| CITI CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 13140.38 | .00 | 1314.04 |
| KOHLS | UNSECURED | 995.76 | .00 | 99.58 |
| MEL FOSTER INSURANCE CO | UNSECURED | NOT FILED | .00 | .00 |
| MILESTONE EQUIPMENT | UNSECURED | NOT FILED | .00 | .00 |
| NEIMAN MARCUS | UNSECURED | 98.79 | .00 | 9.88 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 13602.78 | .00 | 1360.28 |
| LEGAL DEFENDERS PC | DEBTOR ATTY | 1,900.00 | | 1,900.00 |
| TOM VAUGHN | TRUSTEE | | | 842.22 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 13,529.00 | |
| PRIORITY | | 2,271.37 |
| SECURED | | 2,200.00 |
|     INTEREST | | 247.34 |
| UNSECURED | | 6,068.07 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 59286 DWAYNE POUGH

```
ADMINISTRATIVE                                          1,900.00
TRUSTEE COMPENSATION                                      842.22
DEBTOR REFUND                                               .00
                           ---------------    ---------------
TOTALS                        13,529.00          13,529.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn

Dated: 01/27/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```
```

```
                        PAGE   2
           CASE NO. 05 B 59286 DWAYNE POUGH
```